United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF CALIFORNIA ON BEHALF OF HOSPITALS AUXILLARY OF THE MEDICAL CENTER AT THE UNIVERSITY OF CALIFORNIA, SAN FRANCISCO,<br><br>    Plaintiff,<br><br>    v.<br><br>GLOBAL EXCEL MANAGEMENT, INC,<br><br>    Defendant. | Case No.  14-cv-04236-MEJ<br><br>**ORDER VACATING HEARING**<br><br>Re: Docket No. 7 |

Pending before the Court is Defendant's Motion to Dismiss, with a noticed hearing date of November 6, 2014. However, on November 3, 2014, the Court referred this case to the Honorable Donna M. Ryu for consideration of whether it is related to *John Muir Health v. Global Excel Management, Inc.*, C-14-4226 DMR. Accordingly, the November 6 hearing is VACATED pending resolution of the Court's referral.

**IT IS SO ORDERED.**

Dated: November 3, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge