UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY,<br><br>        Plaintiff(s),<br><br>v.<br><br>GLOBAL EXCEL MANAGEMENT,<br><br>        Defendant(s).<br>_____/ | No. C-14-04236 DMR<br><br>**ORDER TAKING MOTION TO DISMISS [DOCKET NO. 7] UNDER SUBMISSION WITHOUT ORAL ARGUMENT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court has received Defendant's motion to dismiss (Docket No. 9), and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the December 18, 2014 hearing on the motion is hereby VACATED. The court will issue a written order on the motion.

IT IS SO ORDERED.

Dated: December 8, 2014

_____
DONNA M. RYU
United States Magistrate Judge