1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REGENTS OF THE UNIVERSITY OF CALIFORNIA ON BEHALF OF HOSPITALS AUXILLARY OF THE MEDICAL CENTER AT THE UNIVERSITY OF CALIFORNIA, SAN FRANCISCO

        Plaintiff,

   v.

GLOBAL EXCEL MANAGEMENT, INC,

        Defendant.

Case No.  14-cv-04236-DMR   (ADR)

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:  July 27, 2015
Mediator:  Hon. Rebecca Westerfield

    IT IS HEREBY ORDERED that the request to excuse defendant Global Excel Management, Inc.'s client representative from appearing in person at the July 27, 2015, mediation before Hon. Rebecca Westerfield is GRANTED.  The representative shall make arrangements with the mediator's office to participate remotely in the mediation as set forth in ADR L.R. 6-10(f).

    **IT IS SO ORDERED**.

Dated: July 22, 2105

_____
Maria-Elena James
United States Magistrate Judge